# CONSTANGY
## BROOKS & SMITH, LLP

SUITE 2400
230 PEACHTREE STREET, NW
ATLANTA, GEORGIA 30303-1557
TELEPHONE (404) 525-8622 • FACSIMILE (404) 525-6955
www.constangy.com

tnewton@constangy.com
404-230-6764

December 10, 2013

Hon. Joseph C. Spero
Magistrate Judge
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
San Francisco Courthouse, Courtroom G
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Re: **Paul Gottlieb v. Mohawk ESV, Inc.**
**Case No. 3:13-cv-04319-JCS**

Dear Judge Spero:

My name is Timothy R. Newton and I am lead counsel for Mohawk Industries, Inc. in the above-referenced case. I respectfully request that I be allowed to appear telephonically at the Case Management Conference currently scheduled for Friday, December 20, 2013, at 1:30 p.m. Kent J. Sprinkle, of the law firm of Carothers DiSante & Freudenberger, also represents Mohawk Industries in this matter, and he will appear in person at the Case Management Conference.

My contact number for the Conference is: (404) 230-6764. This is a landline and I will be ready and available for the call beginning at 1:30 p.m., Pacific Standard Time.

If you have any questions or need anything further, please do not hesitate to contact me.

Dated: 12/11/13

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]*

Sincerely,

*[signature]*

Timothy R. Newton

TRN/dre
cc: Kent J. Sprinkle, Esq.
Samantha R. Nilsen, Esq.