SOMMERS EMPLOYMENT LAW GROUP, P.C.
Stephen A. Sommers, SBN 225742
Ramsey F.M. Hanafi, SBN 262515
Samantha R. Nilsen, SBN 264919
Ashley A. Ernst, SBN 284921
201 Mission Street, Suite 1330
San Francisco, CA 94105
(415) 524-2860 (Tel.)
(415) 524-2865 (Fax)
info@employmentlawsf.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND BRANCH

| | |
|---|---|
| PAUL GOTTLIEB, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MOHAWK ESV, INC., a Delaware Corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | **CASE NO.: 3:13-CV-04319-JCS** <br><br> **COUNSEL FOR PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE (C.A.N.D. Local Rule 16-10(a).)** |

Pursuant to Local Rule 16-10(a) of the United States District Court, Northern District of California, Plaintiff Paul Gottlieb and his counsel hereby submits this request to appear by telephone for the Case Management Conference set for December 20, 2013 at 2:00 p.m. Stephen A. Sommers and Samantha R. Nilsen will appear by telephone with the Court's permission.

Dated:12/13/13

Counsel shall be on phone standby & await the Court's call.
Date: December 13, 2013

SOMMERS EMPLOYMENT LAW GROUP, P.C.



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

- 1 -

*Gottlieb v. Mohawk ESV, Inc.*  Northern District of California Court Case No. 13-CV-04319-JCS
PLAINTIFF'S COUNSEL'S REQUEST TO APPEAR TELEPHONICALLY