**SOMMERS EMPLOYMENT LAW GROUP, P.C.**
Stephen A. Sommers, SBN 225742
Samantha R. Pungprakearti, SBN 264919
201 Mission Street, Suite 1330
San Francisco, CA 94105
(415) 524-2860 (Tel.)
(415) 524-2865 (Fax)
info@employmentlawsf.com
Attorneys for Plaintiff GOTTLIEB

Kent J. Sprinkle (State Bar No. 226971)
ksprinkle@cdflaborlaw.com
Ryan McCoy (State Bar No. 276026)
rmccoy@cdflaborlaw.com
**CAROTHERS DISANTE & FREUDENBERGER LLP**
601 Montgomery Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 981-3233
Facsimile: (415) 981-3246

Timothy R. Newton (GA State Bar No. 542200)
(Admitted *Pro Hac Vice*)
**CONSTANGY, BROOKS & SMITH, LLP**
230 Peachtree Street, NW, Suite 2400
Atlanta, GA 30303
Telephone: (404) 230-6764
Facsimile: (404) 525-6955
E-mail: tnewton@constangy.com
Attorneys for Defendant MOHAWK ESV, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| PAUL GOTTLIEB, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>MOHAWK ESV, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>  Defendants. | **CASE NO.: 3:13-CV-04319-JCS**<br><br>**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE**<br><br>Date Filed: September 18, 2014<br>Trial Date: None set |

- 1 -

*Gottlieb v. Mohawk ESV, Inc.*  Northern District of California Court Case No. 3:13-CV-04319-JCS
JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff Paul Gottlieb and Defendant Mohawk ESV, Inc., and their respective attorneys of record that the parties have agreed to resolve this matter in its entirety. The parties have executed a Settlement Agreement which completely resolves all issues of the case.

IT IS THEREFORE HEREBY AGREED that the entire action on file herein shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) with each party to bear their own costs and attorney's fees.

SOMMERS EMPLOYMENT LAW GROUP, P.C.

Date: April ___, 2014                   ___/s/_____
                                        Samantha R. Pungprakearti
                                        Attorneys for Plaintiff

CONSTANGY, BROOKS & SMITH, LLP.

Date: April ___, 2014                   ___/s/_____
                                        Timothy R. Newton
                                        Attorneys for Defendant

Dated: 4/17/14



IT IS SO ORDERED
Judge Joseph C. Spero

- 2 -

*Gottlieb v. Mohawk ESV, Inc.*  Northern District of California Court Case No. 3:13-CV-04319-JCS
JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE